IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH LEE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:15-CV-033-WKW |
| | ) |
| CAPTAIN MIKE MULL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 17, 2015, the Magistrate Judge filed a Recommendation (Doc. # 12), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff Joseph Lee Lewis's case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 10th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE